In the Matter of Louis P. Goldberg and Frank Monaco, Individually and as Duly Designated Candidates of the American Labor Party, Kings County, for the Public Offices of City Councilmen of the City of New York, Appellants, against S. Howard Cohen et al., Constituting the Board of Elections of the City of New York, and Richard Mazza and Abraham Bernknopf, Respondents.

Argued October 22, 1943; decided October 22, 1943.

*Israel Convisser* for appellants.

*Leo J. Linder* and *Victor Rabinowitz* for Richard Mazza and Abraham Bernknopf, respondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.